IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ollie Lee Lee, | No. CV 13-768-TUC-JAS (LAB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Bowman.[1] The Report and Recommendation recommends affirming the decision of the Commissioner and denying benefits. As the Report and Recommendation correctly resolved the dispute, Plaintiff's objections are denied. Thus, the Report and Recommendation is adopted.

Accordingly, IT IS HEREBY ORDERED as follows:

(1) United States Magistrate Judge Bowman's Report and Recommendation (Doc. 28) is accepted and adopted.

---

[1] The Court reviews de novo the objected-to portions of the Report and Recommendation. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). The Court reviews for clear error the unobjected-to portions of the Report and Recommendation. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *see also Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

1  (2) The decision of the Commissioner is affirmed and benefits are denied.
2  (3) This case is dismissed.
3  (4) The Clerk of the Court shall enter judgment accordingly and close the file in this matter.

DATED this 13th day of February, 2015.

James A. Soto
United States District Judge